Ali                A # 76-282-295
_____
Name and Prisoner/Booking Number

Immigration Jail    in CCA/FCC
_____
Place of Confinement

1100 Bowling Rd P.O. Box 6900
_____
Mailing Address

Florence, Arizona        85232
_____
City, State, Zip Code

**FILED**

AUG 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U N I T E D   S T A T E S   D I S T R I C T   C O U R T

F O R   T H E   D I S T R I C T   O F   C O L U M B I A

Ali Partovi,
_____,  )
(Full Name of Plaintiff)        Plaintiff,  )
                                            )
                                            )
                vs.                         ) C
                                            )
Jamison Matuszewski,                        )
_____,  )
                                            )
William Drinkwater,                         )
_____,  )
                                            )
_____,  )
                                            )
_____,  )
(Full Name of Each Defendant)   Defendant(s).  )
_____  )

Case: 1:08-cv-01445
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/20/2008
Description: Pro Se Gen. Civil

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    a.  ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    b.  ☑ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    c.  ☐ Other:  (Please specify.) _____

2.  Name of Plaintiff: _____  Ali Partovi, _____
    Present mailing address: _____  CCA/FCC  P.O. 6900    Florence, AZ 85232 _____
    (Failure to notify the Court of your change of address may result in dismissal of this action.)

Institu... ...tion occurred: _____ Immigration (Deportation Office) N. Pinal Parkway
                                    Florence, Arizona 85232

**RECEIVED**

JUL 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

550/555

98-1983
Revised 6/98

1

3.  Name of first Defendant: _____Jamison Matuszewski_____. The first Defendant is employed as:
    ____Deportation Officer (ICE)____ at N. Pinal Parkway Florence AZ 85232____.
             (Position and Title)                     (Institution)

    The first Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
    Explain how the first Defendant was acting under color of law: Called me to the Immigration
    Office under guise of releasing me from Immigration Jail (ICE), he was acting as
    Immigration Officer.

4.  Name of second Defendant: ____William Drinkwater____. The second Defendant is employed as:
    ____Deportation Officer (ICE)____ at N. Pinal Parkway Florence AZ 85232____.
             (Position and Title)                     (Institution)

    The second Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both).
    Explain how the second Defendant was acting under color of law: Called me to the Immigration
    Office under guise of releasing me from Immigration Jail (ICE), he was acting as
    Immigration Officer.

5.  Name of third Defendant: _____. The third Defendant is employed as:
    _____ at _____.
             (Position and Title)                     (Institution)

    The third Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
    Explain how the third Defendant was acting under color of law: _____
    _____

6.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____.
             (Position and Title)                     (Institution)

    The fourth Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
    Explain how the fourth Defendant was acting under color of law: _____
    _____

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2.  If your answer is "yes," how many lawsuits have you filed? _-7-_. Describe the previous lawsuits in the spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____Ali Partovi,_____.
        Defendants: _____David R. Moreno._____.
        _____

b.  Court: (If federal court, identify the district; if state court, identify the county.) _____
_____.

c.  Case or docket number: _____ CV 03-1540-PHX-EHC(-DKD) _____.

d.  Claims raised: _____
_____
_____.

e.  Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____.

f.  Approximate date lawsuit was filed: _____.

g.  Approximate date of disposition: _____.

4.  Second prior lawsuit:

a.  Parties to previous lawsuit:
Plaintiff: _____ Ali Partovi, _____.
Defendants: _____ David A. Kollus. _____
_____.

b.  Court: (If federal court, identify the district; if state court, identify the county.) _____
_____.

c.  Case or docket number: _____ CV 04-1193-PHX-EHC(-DKD) _____.

d.  Claims raised: _____
_____
_____.

e.  Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____.

f.  Approximate date lawsuit was filed: _____.

g.  Approximate date of disposition: _____.

5.  Third prior lawsuit:

a.  Parties to previous lawsuit:
Plaintiff: _____ Ali Partovi, _____.
Defendants: _____ Joseph P. Galoski. _____
_____.

b.  Court: (If federal court, identify the district; if state court, identify the county.) _____
_____.

c.  Case or docket number: _____ CV 04-1490-PHX-EHC(-DKD) _____.

d.  Claims raised: _____
_____
_____.

e.  Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____.

f.  Approximate date lawsuit was filed: _____.

g.  Approximate date of disposition: _____.

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

b.  Court:  (If federal court, identify the district; if state court, identify the county.)  _____

_____.

c.  Case or docket number:  _____.
d.  Claims raised:  _____

_____

_____

e.  Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)  ____

_____.

f.  Approximate date lawsuit was filed:  _____.
g.  Approximate date of disposition:  _____.

4.  Second prior lawsuit:
a.  Parties to previous lawsuit:
Plaintiff: _____Ali Partovi,_____.
Defendants: _____Magda S. Ortiz._____

_____.

b.  Court:  (If federal court, identify the district; if state court, identify the county.)  _____

_____.

c.  Case or docket number:  _____CV 04-2950-PHX-EHC(-DKD)_____.
d.  Claims raised:  _____

_____

_____

e.  Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)  _____

_____.

f.  Approximate date lawsuit was filed:  _____.
g.  Approximate date of disposition:  _____.

5.  Third prior lawsuit:
a.  Parties to previous lawsuit:
Plaintiff: _____Ali Partovi,_____.
Defendants: _____Kay Perkins._____

_____.

b.  Court:  (If federal court, identify the district; if state court, identify the county.)  _____

_____.

c.  Case or docket number:  _____CV 05-1994-PHX-EHC(-DKD)_____.
d.  Claims raised:  _____

_____

_____

e.  Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)  ____

_____.

f.  Approximate date lawsuit was filed:  _____.
g.  Approximate date of disposition:  _____.

**(If you filed more than three  lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

3

    b.   Court:  (If federal court, identify the district; if state court, identify the county.)  _____
_____ .

    c.   Case or docket number:  _____

    d.   Claims raised:  _____
_____
_____

    e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)  ____

    f.   Approximate date lawsuit was filed:  _____ .

    g.   Approximate date of disposition:  _____ .

4.   Second prior lawsuit:

    a.   Parties to previous lawsuit:

        Plaintiff: _____ Ali Partovi, _____

        Defendants: _____ Phillip Crawford. _____ .

    b.   Court:  (If federal court, identify the district; if state court, identify the county.)  _____
_____ .

    c.   Case or docket number:  ___ CV 05-437-PHX-EHC(-DKD) _____ .

    d.   Claims raised:  _____
_____
_____

    e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)  ____

    f.   Approximate date lawsuit was filed:  _____ .

    g.   Approximate date of disposition:  _____ .

5.   Third prior lawsuit:

    a.   Parties to previous lawsuit:

        Plaintiff: _____ Ali Partovi, _____

        Defendants: _____ Martinez. _____ .

    b.   Court:  (If federal court, identify the district; if state court, identify the county.)  _____
_____ .

    c.   Case or docket number:  ___ CV 06-1792-PHX-EHC(-DKD) _____ .

    d.   Claims raised:  _____
_____
_____

    e.   Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)  ____

    f.   Approximate date lawsuit was filed:  _____ .

    g.   Approximate date of disposition:  _____ .

**(If you filed more than three  lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

3

## C.  CAUSE OF ACTION

### COUNT I

1.   The following constitutional or other federal civil right has been violated by the Defendant(s): _____
Same as indicated in Jurisdection.

_____

2.   Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
in a different count)          ☐ Mail              ☐ Access to the court        ☐ Medical care
     ☐ Disciplinary proceedings      ☐ Property          ☐ Exercise of religion        ☐ Retaliation
     ☐ Excessive force by an officer  ☐ Threat to safety ☒ Other: ____Useing deception in an attempt
   to get my signature on a deportation and removal document.

3.   **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I.  Describe exactly what each
Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal
authority or arguments).
       Before of the on March 20, 2007, I was called to the office of Immigration
    Officers Matuzewski and Drinkwater, I was told by both officers that I was about to
    be released from custody and that all I had to do was contact who could assist me
    with residency and employment. I was able to contact a friend who provided me with
    assistance with both issues. At that point I was ask to sign paper work that would
    finalize me release and was told that I would be released shortly thereafter. As I
    read the paperwork they gave to me to sign, I discovered that the paperwork had
    nothing whatsoever to do with realing me. And on March 27, 2007, Matuzewski,
    Deportation Officer had a camera setup to record my signing the paperwork but I
    refused at which point both Immigration Officers. Become very, very angry. I am now
    told that because I wouldn't sign the paperwork I am now accused of refusing to
    cooperate with deportation travel documents and electronic monitoring device program,
    please see Exhibit (1) Affidavit of Ali Partovi.

_____

_____

4.   **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    My status with respect to going release as a resident alien has become compromised due
    to being accused of being uncooperative with respect to travel, removal, electronic
    monitoring, ect., which is not true .... I only refused to become a victim of deception,

5.   **Administrative Remedies:**
     a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
          your institution?                                                        ☐ Yes   ☒ No
     b.   Did you submit a request for administrative relief on Count I?            ☐ Yes   ☐ No
     c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
     d.   If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
          why you did not. _____

_____

4

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.

Plaintiff Ali Partovi, requested for injunctive relief, as deemed neccessary and just by the Court, as well as compensatory damages in the amount of $5,000,000,00. for the suffer that was cause by defendants, in the violation of plaintiff consitutional rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ July 23, 2008. _____          _____
                        DATE                                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.

# Exhibit 1

1                        **Staff Misconduct Report**

2

3   Ali        Partovi
    A       76-282-295
4   CCA/FCC    Florence
    P.O.  Box       6900
5   Florence,  AZ 85232

6

7

8   Date of Staff Misconduct Report:
    March 20, 2007.
9   Time at around 11:50  a.m.

10

11                        **Affidavid of Ali Partovi**

12

13       The affiant, Ali Partovi, does hereby state that following is true and

14   correct, before of the on March 20, 2007, the Deportation Officer Jamison

15   Matuszewski  D.O.  he call me to his office in the North Pinal Parkway in the

16   Florence, Arizona 85232, and he told me he wanna release me from Immigration

17   jail and he told me hury up find some friend or some one the give you housing

18   and  supporting you  for job,  and also another Deportation  Officer    D.O.

19   William Drinkwater  he call me to his office and tell me about me going to

20   release find some one give you job and supporting you, finaly I find one

21   friend he support me for every thing then I give my friend Telephone Number

22   to the D.O. W. Dirnkwater. And on March 20, 2007, I was in the Immigration

23   jail N. Pinal Parkway I saw D.O. Matuszewski he told me hury up you going to

24   release take your all property and chang your closeing then he show me

25   documents I read the paper writ on it you submitted your application(s) for

26   travel document to ICE office in the Phoenix before April 30, 2007, and I

27   read another port(s) all writ about cooprate for travel documents, and also

28   electronic monitoring device program. I just wander he never tell me before

29                             Page 1 of 3

1  and finally I read last port(s) if no cooprate ICE return me to Immigration

2  jail again ?!. I tell him this is not release paper to sign this wrong ?!.

3  They are Drinkwater and Matuszewski lie to me the give me false Information.

4  And after 8 day on March 28, 2007, D.O. Matuszewski he call me his office I

5  see he set the camera for recording and he give me copys of document(s) and

6  he told me you wanna this benefit I tell him this is not release paper, this

7  is wrong paper !?. I can trust ICE officers agent why useing false

8  informatiom they are not allowed to work for United States Government.

9      I swear to God this true, and I hereby declare under penalty of perjury,

10  pursuant to 28 U.S.A. § 1746 that following is true and correct to best of my

11  knowledge and belief.

13      Subscribed and sworn to before me, on this  3 day of **September**, 2007.

15  **State of Arizona**
**County of Pinal**

18  _My Commission Expire **3.31.11**_          _Ja A Matluck_
19                                             Notary Public

22  Respectfully Submitted this  3 day of **September**, 2007.

23                                   By: _Ali Partovi_
24                                          Ali Partovi


"OFFICIAL SEAL"
Jaci A. Matlock
Notary Public-Arizona
Pinal County
My Commission Expires 3/31/2011

*Ali Portovi*
_____
Ali Partovi

Copies of the foregoing mail to:


U.S. Attorney of Arizona
Two Renaissance Square
40 N. Central, Suite 1200
Phoenix Arizona  85004-4408


Katrina Kane, Field Office Director
U.S. Immigration & Customs Enforcement
2035 N. Central Avenue
Phoenix Arizona 85004


Jamison Matuszewski, Deportation Officer
U.S. Immigration & Customs Enforcement
3250 N. Pinal Parkway Ave.
Florence Arizona 85232


William Drinkwater, Deportation Officer
U.S. Immigration & Customs Enforcement
3250 N. Pinal Parkway Ave.
Florence Arizona 85232

F
08-1445
ESH

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I. (a) PLAINTIFFS

Ali Partovi

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PO)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 76·282·295

## DEFENDANTS

Jamison Matuszewski, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR

A1

Case: 1:08-cv-01445
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/20/2008
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original
Proceeding
□ 2 Removed
from State
Court
□ 3 Remanded from
Appellate Court
□ 4 Reinstated
or Reopened
□ 5 Transferred from
another district
(specify)
□ Multi district
Litigation
□ 7 Appeal to
District Judge
from Mag.
Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN
COMPLAINT**
CHECK IF THIS IS A CLASS
□    ACTION UNDER F.R.C.P. 23
**DEMAND $**
$5 million
Check YES only if demanded in complaint
**JURY DEMAND:** □ YES    ☒ NO

**VIII. RELATED CASE(S)
IF ANY**
(See instruction)
□ YES    ☒ NO    If yes, please complete related case form.

DATE 8/20/08    SIGNATURE OF ATTORNEY OF RECORD    NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd