```
1  Ali        Partovi
   A     76-282-295
2  Immigration    jail
   P.O. Box        6900
3  Florence, AZ 85232
```

**FILED**

AUG 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ali Partovi, | ) | |
| | ) | Case No. **08 1445** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Motion for Leave to Proceed** |
| | ) | **In Forma Paperies** |
| Matuszewski, et al., | ) | |
| | ) | |
| Defendants. | ) | |

　　　Plaintiff Ali Partovi, hereby filed this Motion for Leave to Proceed In Forma Paperies, Plaintiff Partovi, now earns seven dollars a week, an earning, which he spends in phone time and commissary ... which is essential to him. And also Plaintiff Partovi is an Immigration detainee, and not prisoner within the meaning of 28 U.S.C. 1915(a), he is not subject to Prison Litigation Reform Act's requirement of paying the filing fee incrementally. Respectfully requests that this Court grant him this Motion for Leave to Proceed to In Forma Paperies.

　　　Subscribed and sworn me, on this 23 day of July, 2008.

**RECEIVED**

**JUL 3 1 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

State of Arizona
County of Pinal

MyCommission Expire: _____
　　　　　　　　　　　　　　　　　　　　Notary Public



"OFFICIAL SEAL"
Robert Gastelum
Notary Public-Arizona
Pinal County
My Commission Expires 4/9/2011

Respectfully Submitted 23 day of July, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ali Partovi

...tion to Proceed (Rev. 06/98)

United States District Court

for the District of Columbia

Ali Partovi,

    Plaintiff/Petitioner

vs.

Matuszewski, et al.,

    Defendant(s)/Respondent(s)

NO.

APPLICATION TO PROCEED
IN FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

I, _____ Ali Partovi, _____, declare I am the plaintiff/petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or five security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are *briefly* stated as follows:

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes ▶ State the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

   ☐ No ▶ State the date of last employment and the amount of the salary and wages per month which you received:

2. In the past twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months:

3. Do you own **any** cash, or do you have money in checking or savings accounts?

   ☐ Yes        ▶ State the total value of each item (Include prison account funds):

   ■ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   ☐ Yes        ▶ Describe the property and state its approximate value:

   ■ No

5. Are any persons dependent upon you for support?

   ☐ Yes        ▶ State your relationship to those persons, and indicate how much you contribute toward their support:

   ☐ No

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: July 23, 2008.        _Ali Parton_ (signature)
DATE                                SIGNATURE OF APPLICANT

---

**CERTIFICATION**
**(FOR PRISONER APPLICANTS ONLY)**

**Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

I certify that the applicant named herein has the sum of $ 1.06 on account to his/her credit at (name of institution _____.

_7-23-08_        c/c _[signature]_

---

**ORDER OF COURT**

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor. |
| --- | --- |
| _____  _____ <br> United States Judge      Date | _Ricardo M. Urbina_  8/13/08 <br> United States Judge      Date <br> or Magistrate Judge |